<u>**Andrew L. Martin, Psy.D.**</u>                              <u>*Licensed Psychologist*</u>

9 Charlton St
Princeton, NJ 08540
703.332.1525
AndrewMartinPsyD@gmail.com

To: Mr. Mark Pellechia
From: Andrew Martin PsyD

Dear Mr. Pellechia:

You recently requested documentation regarding our work in psychotherapy during our meetings in 2019. Please find the requested information in the following body of this letter. I hope this is helpful to your needs.

As you are aware, we met for four sessions between March 2019 and May 2019, during which time we discussed stressors in your life and your emotional state. Part of those meetings was a historical account of your early life, as well as discussion about more recent events, to the time of our meetings. Based on your description of both history and current experiences, we established the diagnosis of Complex PTSD (ICD Code: 6B41) as the most appropriate diagnosis for you at that time.

I hope this documentation is helpful your needs.

Sincerely,

Andrew Martin PsyD
Licensed Psychologist
NJ #557700