Mark J Pellecchia
2051 Zlaten Drive F205
Longmont, CO 80504
970-372-7339
Mpellec475@outlook.com
mark@glyphsthegame.com

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARK J PELLECCHIA<br>Plaintiff,<br>v. | CIVIL ACTION NO.: 3:23-CV-21828 |
| PRINCETON UNIVERSITY,<br>Defendant. | **COMPENSATORY & PUNATIVE PAYMENT** |

TO:
US District Court of New Jersey

Edward Sponzilli, Esq.
NORRIS McLAUGHLIN, P.A.
400 Crossing Blvd., 8th Floor
Bridgewater, NJ 08807

The defendant's behavior is disgusting and egregious, took place while the plaintiff was on dialysis back in 2007 and persisted long after with at least 50 separate occurrences. That's over 10 years of hostile abuse. This caused significant long term psychological damage and destruction to life. Compensatory and punitive payout will be as follows:

### Compensatory payout:

- Five (5) year's loss of wages.
  Three Hundred Seventy Thousand USD ($375,000.00 USD)

- Salary discrepancy payout: $10,000 USD per year during time of employment.
  Two hundred thousand USD ($200,000.00 USD)

- Health care costs: $500.00 USD monthly x 36 months.
  Eighteen Thousand USD ($18,000.00 USD)

## Punitive payout:

Princeton University's size, clout and involvement in nearly every area of American life, the number of individuals involved, and the length of time and sheer number of hostile events that took place causing long term life altering damages, deems the only way to make certain this behavior ceases, is by requiring Princeton University to pay enough money where they finally understand and stop the bad behavior.
10 million USD per year for systematic destruction of life.
The 2007-2019 - 12 years at 10 million USD per year.

- One Hundred and Twenty million USD ($120,000,000.00 USD)

Mark J Pellecchia
Pro-Se Plaintiff                              CIVIL ACTION NO.: 3:23-CV-21828
2051 Zlaten Drive F205
Longmont, CO 80504
970-372-7339                                  **COMPENSATORY & PUNATIVE PAYMENT**
Mpellec475@outlook.com
/s/Mark J. Pellecchia
Dated: January 2, 2023
Signed: December 8, 2023