UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MARK J. PELLECCHIA,

        Plaintiff,

v.

PRINCETON UNIVERSITY,

        Defendant.

Civil Action No. 23-21828 (GC) (JBD)

**ORDER**

**THIS MATTER** comes before the Court upon the December 4, 2023 Motion to Dismiss Plaintiff Mark J. Pellecchia's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) filed by Defendant Princeton University. (ECF No. 5.) Plaintiff, proceeding *pro se*, has yet to submit a response to the motion. For good cause shown,

**IT IS** on this 8th day of January, 2024, **ORDERED** as follows:

1. Plaintiff is to submit a written response to Defendant's pending motion on or before January 26, 2024, or the motion will be deemed unopposed.

2. The Clerk is directed to mail a copy of this Order to Plaintiff via regular United States mail.

*/s/ Georgette Castner*
**GEORGETTE CASTNER**
**UNITED STATES DISTRICT JUDGE**