

400 Crossing Boulevard
8th Floor
P.O. Box 5933
Bridgewater, NJ  08807

T: 908-722-0700
F: 908-722-0755

esponzilli@norris-law.com

January 22, 2024

<u>**Via ECF**</u>

The Honorable J. Brendan Day, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:    Pellecchia v. Princeton University Board of Trustees
              Civil Case No.: 3:23-cv-21828 (GC) (JBD)

Dear Judge Day:

      Our office represents Defendant, The Trustees of Princeton University, in the above captioned matter. We write to inform the Court that we are in receipt of Plaintiff Mark Pellecchia's brief in opposition to our December 4, 2023, motion to dismiss. Based on Plaintiff's opposition, we see no reason to file a reply. We shall rely on the arguments set forth in our brief in support of the motion to dismiss.

      If the Court requires any further information, please do not hesitate to contact our office.

      Respectfully submitted,

      <u>/s/ Edward G. Sponzilli</u>
      Edward G. Sponzilli

EGS/dcm

cc: Mark Pellecchia

